IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 MAY 20 P 4:03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| CLARICE HARE, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>G.D. SEARLE, LLC (hereinafter )<br>"Searle") a subsidiary of PHARMACIA )<br>CORPORATION, (hereinafter )<br>"Pharmacia"), a Foreign Corporation; )<br>MONSANTO COMPANY; PFIZER )<br>INC., et al, )<br>)<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>2:05cv476 |

## CERTIFICATE OF FILING OF NOTICE OF REMOVAL

The undersigned attorney for defendant, Pfizer, Inc., hereby certifies that on May 20, 2005, defendant caused to be filed with the Clerk of Court for the Circuit Court for Montgomery County, Alabama, a Notice of Removal to the United States District Court for the Middle District of Alabama, Northern Division, a copy of which is attached.

_____
Lawrence B. Clark
Wendy A. Madden
Attorneys for Pfizer Inc., G.D. Searle,
LLC and Pharmacia Corporation and
Monsanto Company

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above pleading upon all counsel of record by placing a copy of same in the United States Mail on this the _____ day of May, 2005:

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL