IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **CLARICE HARE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.** |
| | ) | **CV-05-476** |
| **G.D. SEARLE, LLC (hereinafter "Searle") a subsidiary of PHARMACIA CORPORATION, (hereinafter "Pharmacia"), a Foreign Corporation; MONSANTO COMPANY; PFIZER INC., et al,** | ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants G.D. Searle LLC, Pharmacia Corporation (formerly known as Monsanto Company), and Pfizer Inc. submit this Corporate Disclosure Statement, and state:

1. Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2. Pharmacia Corporation is a wholly-owned subsidiary of Pfizer Inc.

3. G.D. Searle LLC is a wholly-owned third-tier subsidiary of Pharmacia Corporation.

Dated this 27th day of July, 2005.

Respectfully submitted,

_____
LAWRENCE B. CLARK
GILBERT C. STEINDORFF, IV
WENDY A. MADDEN
Attorneys for G.D. Searle LLC, Pharmacia Corporation, and Pfizer Inc.

OF COUNSEL:

ADAMS AND REESE / LANGE SIMPSON LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
(205) 250-5000

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the forgoing with the CM/ECF system, which will automatically notice the following counsel of record:

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL