IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARICE HARE, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:05CV476-F |
| G.D. SEARLE, LLC (hereinafter "Searle") a subsidiary of PHARMACIA CORPORATION, (hereinafter "Pharmacia"), a Foreign Corporation; MONSANTO COMPANY; PFIZER INC.; et al, | ) |
| Defendants. | ) |

**MOTION GRANTED**

THIS 11th DAY OF August, 2005

_____
UNITED STATES MAGISTRATE JUDGE

## UNOPPOSED MOTION TO TEMPORARILY STAY ALL PROCEEDINGS PENDING TRANSFER DETERMINATION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Without opposition by Plaintiff, Defendant Pfizer Inc. ("Pfizer") moves this Court to temporarily stay all proceedings in this action pending a determination by the Judicial Panel on Multidistrict Litigation regarding the transfer of this action to *In re Bextra and Celebrex Products Liability Litigation* (MDL-1691, E.D. La.), *In re Bextra Marketing and Sales Practices Litigation* (MDL-1693, S.D. N.Y.), or *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation* (MDL-1699, E.D. La.); to-wit, various MDL proceedings that have been established to coordinate all product liability and marketing practices cases involving alleged health risks associated with Bextra®.[1]

---

[1] *N.B.* Pfizer has objected to the various Bextra® MDL proceedings. This Motion to Stay constitutes neither an acquiescence to, nor endorsement of any Bextra® MDL proceedings by Pfizer.