IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLARICE HARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| G.D. SEARLE, LLC (hereinafter | ) | Civil Action No. CV-05-476 |
| "Searle") a subsidiary of PHARMACIA | ) | |
| CORPORATION, (hereinafter | ) | |
| "Pharmacia"), a Foreign Corporation; | ) | |
| MONSANTO COMPANY; PFIZER | ) | |
| INC.; et al, | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF TRANSFER

The undersigned attorney for Defendants hereby gives the Court notice that, on September 29, 2005, the Judicial Panel on Multidistrict Litigation issued a conditional transfer of this action, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), to MDL-1699, *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*. See Conditional Transfer Order, attached hereto as Exhibit A.

Respectfully submitted,

_____
Lawrence B. Clark
Michael L. Wade, Jr.
Gilbert C. Steindorff, IV
Attorneys for G.D. Searle LLC, Pharmacia
Corporation and Pfizer Inc.

**OF COUNSEL:**

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this, the 13th day of October, 2005, I have filed the above and foregoing using this Court's CM/ECF system, which will provide electronic notice to the following counsel of record:

Navan Ward, Jr.
Andy D. Birchfield, Jr.
Paul Sizemore
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

_____
OF COUNSEL