# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

September 29, 2005

TO INVOLVED COUNSEL

Re: MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-1)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE: October 14, 2005 (4 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By *[signature]*
Deputy Clerk

Attachments

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 29 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-1)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___ F. Supp. 2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

SCHEDULE CTO-1 - TAG-ALONG ACTIONS
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**      **CASE CAPTION**

ALABAMA MIDDLE
    ALM 1 05-500      Robert Webb v. G.D. Searle, LLC, et al.
    ALM 2 05-475      Frank Klinger v. G.D. Searle, LLC, et al.
    ALM 2 05-476      Clarice Hare v. G.D. Searle, LLC, et al.
    ALM 2 05-593      Barbara Clem v. G.D. Searle, LLC, et al.
    ALM 2 05-594      Phyllis McCord v. G.D. Searle, LLC, et al.

ALABAMA NORTHERN
    ALN 2 05-896      Earl Darby, Jr. v. Merck & Co., Inc., et al.
    ALN 2 05-1670      Gloria Mauldin v. Pfizer, Inc.
    ALN 2 05-1799      Mary Nell McCloud v. G.D. Searle, LLC, et al.
    ALN 7 05-1125      Stan Downey, et al. v. Merck & Co., Inc., et al.

ALABAMA SOUTHERN
    ALS 1 05-360      Cliff Norwood v. G.D. Searle, LLC, et al.
    ALS 1 05-361      James Alan Bell v. G.D. Searle, LLC, et al.
    ALS 1 05-388      James Rogers Fanning v. G.D. Searle, LLC, et al.
    ALS 1 05-397      John Scarcliff v. G.D. Searle, LLC, et al.
    ALS 1 05-399      Larry W. Broadus v. G.D. Searle, LLC, et al.
    ALS 1 05-454      Albert Pearson v. G.D. Searle, LLC, et al.
    ALS 2 05-368      Wilmer Merriweather v. G.D. Searle, LLC, et al.

CALIFORNIA CENTRAL
    CAC 2 05-3851      Robert Schwartz v. G.D. Searle, LLC, et al.
    CAC 2 05-6130      William Acosta, et al. v. Pfizer, Inc., et al.
    CAC 5 05-283      Lillie Baker v. Pfizer, Inc.

CALIFORNIA SOUTHERN
    CAS 3 05-1193      William Armbruster, et al. v. Merck & Co., Inc., et al.

COLORADO
    CO 1 05-1266      Jannett Graham v. Pfizer, Inc.

CONNECTICUT
    CT 3 05-1104      Thomas Durica, et al. v. Pfizer, Inc.

FLORIDA MIDDLE
    FLM 3 05-695      Mary Ellen Mule v. Pfizer, Inc.
    FLM 6 05-1174      Tracy Ring v. G.D. Searle, LLC, et al.
    FLM 8 05-963      Harley W. Horne v. Pfizer Inc.

FLORIDA SOUTHERN
    FLS 1 05-21241      Clara Fontanilles v. Pfizer, Inc.

IOWA NORTHERN
    IAN 2 05-1032      Jo Anne Pierce v. G.D. Searle, LLC, et al.