**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. District Court
   Northern District of California
   450 Golden Gate Avenue
   PO Box 36036
   San Francisco, CA   94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _[illegible]_                    1/7/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   MDL - 05-476

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0001 0150 3845

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540